**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| In the Matter | ) CIVIL NO. 06-00193 HG KSC |
|  | ) **IN ADMIRALTY** |
| of | ) |
|  | ) FINDINGS AND |
| The Complaint of PETITIONER | ) RECOMMENDATION TO GRANT |
| DIAMOND HEAD PARASAIL & | ) PETITIONER/THIRD-PARTY |
| WATERSPORTS, INC., a Hawaii | ) PLAINTIFF DIAMOND HEAD |
| corporation, Owner of Motor Vessels, | ) PARASAIL & WATERSPORTS, |
| 2003 Honda Aquatrax Official | ) INC.'S MOTION FOR GENERAL |
| Number HA2936LA and 2003 Honda | ) DEFAULT AGAINST |
| Aquatrax Official Number | ) PERSONS/PARTIES WHO HAVE NOT |
| HA2937LA, at the time of the alleged | ) FILED CLAIMS IN THIS ACTION |
| incident praying for exoneration from | ) |
| or limitation of liability, | ) |
|  | ) **HEARING:** |
| Petitioner, | ) Date: April 5, 2007 |
|  | ) Time: 9:30 a.m. |
| CHARLES HILL, | ) Judge: Hon. Kevin S. Chang |
| Claimant, | ) |
| _____ | ) Trial date: March 25, 2008 |
| DIAMOND HEAD PARASAIL AND | ) |
| WATERSPORTS, INC., | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| ANDRE JOHNSON; DOES 1-10, | ) |
| Third-Party Defendant. | ) |
| _____ | ) |

**FINDINGS AND RECOMMENDATION TO GRANT**
**PETITIONER/THIRD-PARTY PLAINTIFF DIAMOND HEAD PARASAIL**
**& WATERSPORTS, INC.'S MOTION FOR GENERAL DEFAULT**
**AGAINST PERSONS/PARTIES WHO HAVE NOT FILED**
**CLAIMS IN THIS ACTION**

On April 5, 2007, this Court heard and determined Petitioner Diamond Head Parasail & Watersports, Inc.'s, Motion for General Default Against Persons/Parties Who Have Not Filed Claims in this Action.  After careful consideration of the motion and supporting documents and argument of counsel, the Court FINDS and RECOMMENDS that Petitioner's Motion be granted.

### FINDINGS OF FACT

On April 10, 2006, Petitioner filed a Complaint for Exoneration From or Limitation of Liability and, on May 25, 2006, Petitioner filed a First Amended Complaint herein.

On November 24, 2006, the Court issued an Order against all persons/parties asserting claims arising out of an incident which occurred on September 4, 2005 during a voyage of those certain motor vessels, to wit, a 2003 Honda Aquatrax Official Number HA2936LA and a 2003 Honda Aquatrax Official Number HA2937LA, citing and requiring all persons/parties to appear before the Court and file their respective claims in writing, and to serve copies thereof on the attorney for the limitation plaintiffs and to answer the allegations of the limitation complaint on or before January 15, 2007.

On January 17, 2007, Petitioner filed a Notice of Filing Proof of Publication that Notice of this action has been duly published to all persons asserting claims

with respect to which the limitation plaintiff seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of the Court and to serve on the Petitioner's attorney a copy thereof on or before January 15, 2007, and the time for submitting claims having expired.

On March 5, 2007, Petitioner filed a Motion for General Default Against Persons/Parties Who Have Not Filed Claims In This Action, and gave notice thereof to all persons who made timely appearances herein that said Motion was set for hearing at 9:30 a.m. (HST) on April 5, 2007.

Petitioner Diamond Head Parasail & Watersports, Inc.'s Motion for General Default Against Persons/Parties Who Have Not Filed Claims In This Action, duly came on for hearing on April 5, 2007 at 9:30 a.m. before this court. Fernando Cosio, Esq. appearing on behalf of Claimant Charles Hill; Roy Y. Yempuku, Esq. appearing in person and Jill Anne Hillman, Esq. appearing by telephone on behalf of Petitioner Diamond Head Parasail & Watersports, Inc. No other parties appeared.

There were no objections to the Petitioner's Motion for General Default Against Persons/Parties Who Have Not Filed Claims In This Action made by Claimant Charles Hill, or any other appearing party.

## RECOMMENDATION

For the reasons stated above, the Court RECOMMENDS that the Petitioner's Motion for General Default Against Persons/Parties Who Have Not Filed Claims In This Action be GRANTED and that the default of all parties/persons claiming damages for any loss or injury occasioned or resulting from or consequent to the incident that occurred on September 4, 2005 during the voyage of those certain motor vessels, 2003 Honda Aquatrax Official Number HA2936LA and 2003 Honda Aquatrax Official Number HA2937LA, who have not heretofore filed and presented claims and answers, be hereby entered, and that the said parties/persons in default are hereby barred from filing any claims and answers in this or any other proceeding.

IT IS SO FOUND AND RECOMMENDED.

Dated: Honolulu, Hawaii, May 17, 2007.



Kevin S.C. Chang
United States Magistrate Judge

_____

In the Matter of the Complaint of Petitioner Diamond Head Parasail & Watersports, Inc.
Civil No. CV 06-00193 HG KSC

*Findings and Recommendation to Grant Petitioner/Third-Party Plaintiff Diamond Head Parasail & Watersports, Inc.'s Motion for General Default Against Persons/Parties Who Have Not Filed Claims in this Action*