IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In the Matter | ) | CIVIL NO. 06-00193HG-KSC |
| | ) | |
| of | ) | |
| | ) | |
| The Complaint of PETITIONER | ) | |
| DIAMOND HEAD PARASAIL & | ) | |
| WATERSPORTS, INC., a Hawaii | ) | |
| corporation, Owner of Motor | ) | |
| Vessels, 2003 Honda Aquatrax | ) | |
| Official Number HA2936LA and | ) | |
| 2003 Honda Aquatrax Official | ) | |
| Number HA2937LA, at the time of | ) | |
| the alleged incident praying for | ) | |
| exoneration from or limitation of | ) | |
| liability, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| CHARLES HILL, | ) | |
| | ) | |
| Claimant, | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| DIAMOND HEAD PARASAIL | ) | |
| AND WATERSPORTS, INC., | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDRE JOHNSON; DOES 1-10, | ) | |
| Third-Party Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on May 18, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(c)  and Local Rule 74.2, the "Findings and

Recommendation to Grant Petitioner/Third-Party Plaintiff Diamond Head Parasail

& Watersports, Inc.'s Motion for General Default against Persons/Parties who have

not filed Claims in the Action," document number [57], are adopted as the opinion

and order of this Court.

IT IS SO ORDERED.

DATED: July 1, 2007, Honolulu, Hawaii.



/S/ Helen Gillmor

Helen Gillmor
Chief United States District Judge